IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 10-0258
 ((((((((((((((((

 Arnoldo Casas, Et Al., Petitioners

 v.

 Michael B. Silva, Et Al., Respondents

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The petition for review, filed on April 14, 2010, is ABATED.
.
 2. This case is removed from the Court's active docket until
further order of this Court. It is the responsibility of the parties to
immediately notify this Court of the decision in the court of appeals.

 Done at the City of Austin, this 16th day of April, 2010.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk